1
2
3                  IN THE UNITED STATES DISTRICT COURT
4                FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    CARMEN CRUZ,
8                          Plaintiff,                NO. C11-4508 TEH
9               v.                                   ORDER CONSOLIDATING
                                                     CASES
10   AT&T MOBILITY SERVICES LLC,
     et al.,
11
12                        Defendants.
13
14        On June 6, 2012, the Court found *Ocampo v. AT&T Mobility Services LLC*, Case No.
15   C12-2798 TEH, to be related to this case. With good cause appearing, the Court now
16   consolidates these cases. Accordingly, the case management and other deadlines in this case
17   shall apply to *Ocampo*, and future filings should be submitted only in this case, unless and
18   until the Court orders these cases to be separated.
19
20   **IT IS SO ORDERED.**
21
22   Dated:  6/11/12
23                                        THELTON E. HENDERSON, JUDGE
                                          UNITED STATES DISTRICT COURT
24
25
26
27
28

United States District Court
For the Northern District of California