IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AT&T MOBILITY SERVICES LLC, et al.,<br><br>　　　　　　　　Defendants. | NO. C11-4508 TEH<br><br>ORDER CONSOLIDATING CASES |

On June 6, 2012, the Court found *Ocampo v. AT&T Mobility Services LLC*, Case No. C12-2798 TEH, to be related to this case. With good cause appearing, the Court now consolidates these cases. Accordingly, the case management and other deadlines in this case shall apply to *Ocampo*, and future filings should be submitted only in this case, unless and until the Court orders these cases to be separated.

**IT IS SO ORDERED.**

Dated: 6/11/12

　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT